# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| FRANCIS T. KHOUNG, THUYMAI B. TRAN § § § v. § § WILMINGTON SAVINGS FUND § SOCIETY, FSB d/b/a CHRISTIANA § TRUST, NOT INDIVIDUALLY BUT AS § TRUSTEE FOR PRETIUM MORTGAGE § ACQUISITION TRUST § | Civil Action No. 4:17-CV-494 (Judge Mazzant/Judge Nowak) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 7, 2018, the report of the Magistrate Judge (Dkt. #47) was entered containing proposed findings of fact and recommendations that Defendant's Second Motion for Summary Judgment (Dkt. #44) be **GRANTED.**

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant's Second Motion for Summary Judgment is **GRANTED**. Defendant's counterclaim for foreclosure is **GRANTED** and Plaintiffs' claims against Defendant are **DISMISSED**.

**SIGNED this 25th day of September, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE